# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | 100 EAST FIFTH STREET, ROOM 540 | |
|---|---|---|
| Leonard Green | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: August 18, 2010

Mr. James Bonini
Southern District of Ohio at Cincinnati
100 E. Fifth Street
Suite 103 Potter Stewart U.S. Courthouse
Cincinnati, OH 45202-0000

Re: Case No. 08-4474 , *USA v. Richard Christman*
Originating Case No. : 04-00127-001

Dear Clerk,

Enclosed is a copy of the mandate filed in this case.

Sincerely yours,

s/Jill Colyer
Case Manager
Direct Dial No. 513-564-7024
Fax No. 513-564-7098

cc: Mr. Benjamin C. Glassman
  Mr. C. Ransom Hudson
  Mr. Kevin Michael Schad

Enclosure

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

_____

No: 08-4474

_____

Filed: August 18, 2010

UNITED STATES OF AMERICA

    Plaintiff - Appellant

v.

RICHARD CHRISTMAN

    Defendant - Appellee

## MANDATE

  Pursuant to the court's disposition that was filed 06/22/2010 the mandate for this case hereby issues today.

COSTS: None