IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| United States of America, | : |
| Plaintiff(s), | : |
| | : Case Number: 1:04cr127 |
| vs. | : |
| | : Chief Judge Susan J. Dlott |
| Richard Christman, | : |
| Defendant(s). | : |

ORDER

This case is hereby TRANSFERRED from the docket of The Honorable Susan J. Dlott to the Clerk's office for reassignment.

IT IS SO ORDERED.

                                                                s/Susan J. Dlott
                                                           Chief Judge Susan J. Dlott
                                                           United States District Court